UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERICA EDWARDS,

    Plaintiff,

v

KRIMSON LLC,
and RENTGROW, INC.,

    Defendants.

Case No. 1:24-CV-00075

Hon. Jane M. Beckering

---

| | |
|---|---|
| Sarah Riley Howard<br>Elizabeth Geary<br>Pinsky Smith, PC<br>Attorneys for Plaintiff<br>146 Monroe Center, N.W., Suite 418<br>Grand Rapids, MI 49503<br>(616) 451-8496 | Matthew J. Lund<br>Noah J. DiPasquale<br>Troutman Pepper Hamilton Sanders LLP<br>Attorneys for Defendant RentGrow, Inc.<br>4000 Town Center, Suite 1800<br>Southfield, MI 48075<br>(248) 359-7300 |

---

**STIPULATION AND ORDER TO DISMISS ALL CLAIMS AGAINST DEFENDANT RENTGROW, INC.**

---

Plaintiff and Defendant RentGrow, Inc., by their respective attorneys, hereby stipulate to dismiss all claims against Defendant RentGrow, Inc. only, with prejudice and without costs to any party. Plaintiff seeks an order of dismissal of Defendant RentGrow, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(2). All other claims remain pending.

                                                  PINSKY SMITH, PC
                                                Attorneys for Plaintiff

                                    By: /s/ Sarah R. Howard
Sarah Riley Howard
Elizabeth Geary
Pinsky Smith PC
146 Monroe Center, N.W., Suite 418
Grand Rapids, MI 49503
(616) 451-8496

Dated: August 14, 2024

TROUTMAN PEPPER, LLP
Attorneys for Defendant RentGrow, Inc.

By: /s/ Noah J. DiPasquale w/ permission
Matthew J. Lund
Noah J. DiPasquale
Troutman Pepper Hamilton Sanders LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
(248) 359-7300

Dated: August 14, 2024

## ORDER

**IT IS SO ORDERED.**

Dated: _____        _____
                                               Hon. Jane M. Beckering
                                               United States District Court Judge