UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERICA EDWARDS,

    Plaintiff,

v

KRIMSON LLC,
and RENTGROW, INC.,

    Defendants.

Case No. 1:24-CV-00075

Hon. Jane M. Beckering

---

| | |
|---|---|
| Sarah Riley Howard<br>Elizabeth Geary<br>Pinsky Smith, PC<br>Attorneys for Plaintiff<br>146 Monroe Center, N.W., Suite 418<br>Grand Rapids, MI 49503<br>(616) 451-8496 | Matthew J. Lund<br>Noah J. DiPasquale<br>Troutman Pepper Hamilton Sanders LLP<br>Attorneys for Defendant RentGrow, Inc.<br>4000 Town Center, Suite 1800<br>Southfield, MI 48075<br>(248) 359-7300 |

---

**STIPULATION AND ORDER TO DISMISS ALL CLAIMS AGAINST DEFENDANT RENTGROW, INC.**

---

    Plaintiff and Defendant RentGrow, Inc., by their respective attorneys, hereby stipulate to dismiss all claims against Defendant RentGrow, Inc. only, with prejudice and without costs to any party. Plaintiff seeks an order of dismissal of Defendant RentGrow, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(2). All other claims remain pending.

                                              PINSKY SMITH, PC
                                              Attorneys for Plaintiff

        By: /s/ Sarah R. Howard  
        Sarah Riley Howard  
        Elizabeth Geary  
        Pinsky Smith PC  
        146 Monroe Center, N.W., Suite 418  
        Grand Rapids, MI 49503  
        (616) 451-8496  

Dated: August 14, 2024

TROUTMAN PEPPER, LLP  
Attorneys for Defendant RentGrow, Inc.

By: /s/ Noah J. DiPasquale w/ permission  
Matthew J. Lund  
Noah J. DiPasquale  
Troutman Pepper Hamilton Sanders LLP  
4000 Town Center, Suite 1800  
Southfield, MI 48075  
(248) 359-7300  

Dated: August 14, 2024

## ORDER

**IT IS SO ORDERED.**

Dated: August 15, 2024        /s/ Jane M. Beckering  
        Hon. Jane M. Beckering  
        United States District Court Judge