UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERICA EDWARDS,

    Plaintiff,

v

KRIMSON LLC,
and RENTGROW, INC.,

    Defendants.

Case No. 1:24-CV-00075

Hon. Jane M. Beckering

---

| | |
|---|---|
| Sarah Riley Howard<br>Elizabeth Geary<br>Pinsky Smith, PC<br>Attorneys for Plaintiff<br>146 Monroe Center, N.W., Suite 418<br>Grand Rapids, MI 49503<br>(616) 451-8496 | Aaron Landry Davis<br>Blake Christian Padget<br>Garett Lee Koger<br>Butzel Long, PC<br>Attorneys for Defendant Krimson LLC<br>2410 Woodlake Dr., Ste. 420<br>Okemos, MI 48864<br>(517) 372 - 6622 |

**STIPULATION AND ORDER TO DISMISS ALL CLAIMS AGAINST DEFENDANT KRIMSON LLC**

---

Plaintiff and Defendant Krimson LLC, by their respective attorneys, hereby stipulate to dismiss all remaining claims with prejudice and without costs to any party. The parties seek an order of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2).

                                      PINSKY SMITH, PC
                                      Attorneys for Plaintiff

                                      By: /s/ Sarah R. Howard
                                      Sarah Riley Howard

|  |  |
|---|---|
| Dated: September 19, 2024 | Elizabeth Geary<br>Pinsky Smith PC<br>146 Monroe Center, N.W., Suite 418<br>Grand Rapids, MI 49503<br>(616) 451-8496 |
|  | Butzel Long, PC<br>Attorneys for Defendant Krimson LLC<br><br>By: /s/ Aaron L. Davis (w/permission)<br>Aaron Landry Davis<br>Blake Christian Padget<br>Garett Lee Koger<br>Butzel Long, PC<br>2410 Woodlake Dr., Ste. 420<br>Okemos, MI 48864<br>(517) 372 - 6622 |
| Dated: September 19, 2024 |  |

## ORDER

The parties having agreed that all remaining claims shall be dismissed, **IT IS SO ORDERED.** This case shall be dismissed.

Dated: September 20, 2024                   /s/ Jane M. Beckering
                                            Hon. Jane M. Beckering
                                            United States District Court Judge